FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2017 DEC 7 PM 6: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:17-cr- 136 FtM - 99 MRM |
| v. | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. §§ 2251(a) and (e) |
| ROMEO VALENTIN SANCHEZ | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about April 1, 2016, through on or about April 30, 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROMEO VALENTIN SANCHEZ,

using a facility and means of interstate commerce, that is, by computer via the Internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years, CRP, to engage in sexual activity for which any person could be charged with a criminal offense, that is,

    a) Production of Child Pornography, in violation of 18 U.S.C. § 2251(a);

b) Lewd or Lascivious Sexual Battery and Lewd or Lascivious Sexual Molestation, in violation of Fla. Stat. § 800.04; and

c) Sexual Performance by a Child, in violation of Fla. Stat. § 827.071.

All in violation of 18 U.S.C. § 2422(b).

## COUNT TWO

From on or about April 1, 2016, through on or about April 30, 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROMEO VALENTIN SANCHEZ,

did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, CRP, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and the visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT THREE

From on or about April 25, 2016, through on or about April 13, 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROMEO VALENTIN SANCHEZ,

did knowingly possess and attempt to possess a matter that is, a Samsung Galaxy Note 4 cellular telephone, that contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

## COUNT FOUR

From on or about May 26, 2017, through on or about June 10, 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROMEO VALENTIN SANCHEZ,

using a facility and means of interstate commerce, that is, by computer via the Internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of

18 years, AEP, to engage in sexual activity for which any person could be charged with a criminal offense, that is:

    a)    the Production of Child Pornography, in violation of 18 U.S.C. § 2251(a);

    b)    Lewd or Lascivious Sexual Battery, in violation of Fla. Stat. § 800.04; and

    c)    Sexual Performance by a Child, in violation of Fla. Stat. § 827.071.

All in violation of 18 U.S.C. § 2422(b).

## COUNT FIVE

From on or about May 26, 2017, through on or about June 10, 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROMEO VALENTIN SANCHEZ,

did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, AEP, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and

foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and the visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT SIX

From on or about May 27, 2017, through on or about June 22, 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROMEO VALENTIN SANCHEZ,

did knowingly possess and attempt to possess a matter, that is, a Samsung Galaxy S5 cellular telephone, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce including by computer when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.     The allegations contained in Counts One and Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2.     The allegations contained in Counts Two, Three, Five, and Six are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

3.     Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

   a.     any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

   b.     any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

4.     Upon conviction of a violation of 18 U.S.C. §§ 2251(a) and (e), and 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3):

   a.     any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film,

videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

  b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

5. The property to be forfeited includes, but is not limited to, the following:

  a) Samsung Galaxy Note 4 Cell Phone, Serial number 990005895132265; and

  b) Samsung Galaxy S5 (SM-G900A), Serial number R38F40JX55W.

6. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Charles D. Schmitz
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

No. 2:17-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ROMEO VALENTIN SANCHEZ

## INDICTMENT

Violations:
18 U.S.C. § 2422(b)
18 U.S.C. §§ 2251(a) and (e)
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

A true bill,

_____
Foreperson

Filed in open court this 7th day of December, 2017.

_____
Clerk

Bail $_____

FILED 2017 DEC. 7 PM 6:34 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

GPO 863 525