UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-136-FtM-38MRM

ROMEO VALENTIN SANCHEZ
_____/

**FINAL ORDER OF FORFEITURE**[1]

Before the Court is the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a **Samsung Galaxy Note 4, Serial Number 990005895132265**, and a **Samsung Galaxy S5 (SM-G900A), Serial Number R38F40JX55W**. (Doc. 168).

On May 21, 2019 the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. §§ 2253 and 2428, and Rule 32.2(b)(2). (Doc. 142).

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from May 22, 2019 through June 20, 2019. (Doc. 146). The publication gave notice to all third-parties with a legal interest in the assets to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1

within sixty days of the first date of publication. No third-party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired. The Court thus grants

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' Motion for a Final Order of Forfeiture is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of October 2019.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All parties of record